# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-3859
Lower Tribunal No. 2023-DP-000116

———————————————

In the Interest of M.J., a child.

V.J.R.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Greg A. Tynan, Judge.

February 20, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Amanda Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED